IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KENNETH YATES and RICHMOND MAY DAY COALITION/ORGANIZING COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>BRYAN NORWOOD, in his official capacity as Chief, City of Richmond Police Department; CAPTAIN MICHAEL J. SHAMUS, in his official capacity as head of the Special Events Division, Richmond Police Department; and SERGEANT JOHN WARD, in his official capacity as Sergeant, Special Events Division, Richmond Police Department.<br><br>Defendants. | Civil No. 3:11cv258–HEH |

## ORDER

The parties, by their respective counsel, having jointly requested a continuance of the hearing on motions for summary judgment set for October 3, 2011, and the Court finding good cause therefor, it is hereby ORDERED that the parties Joint Motion to Adjourn and Continue Hearing Date is GRANTED, and the October 3, 2011 hearing is continued to November 18, 2011 at 2:00 p.m.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Dated: Sept. 9, 2011