IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KENNETH YATES and RICHMOND MAY DAY COALITION/ORGANIZING COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN NORWOOD, in his official capacity as Chief, City of Richmond Police Department; CAPTAIN MICHAEL J. SHAMUS, in his official capacity as head of The Special Events Division, Richmond Police Department; and SERGEANT JOHN WARD, in his official capacity as Sergeant, Special Events Division, Richmond Police Department,<br><br>Defendants. | Civil Action No. 3:11CV258 |

## MOTION FOR SUMMARY JUDGMENT

BRYAN R. NORWOOD ("Chief Norwood"), CAPTAIN MICHAEL J. SHAMUS ("Major Shamus"), and SERGEANT JOHN R. WARD ("Sgt. Ward"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(c), move for the entry of an Order granting them Summary Judgment in their favor on the grounds that Plaintiffs have not, and cannot, meet their burden of establishing the "extraordinary and drastic" remedy they seek. *Mazurek v. Armstrong*, 520 U.S. 968, 972 (1997).

For reasons previously presented to this Court, and for reasons set forth in their supporting Memorandum of Law, Chief Norwood, Major Shamus and Sgt. Ward submit that the ordinance at issue, Richmond City Code §§102-500 et. seq.[1], does not violate any

---

[1] For the convenience of the Court, a copy of the ordinance is attached as Defendants' Exhibit A.

of the Constitutional Rights asserted by the Plaintiffs. Rather, the proposed fee meets the expense incident to the maintenance of public order in the matter licensed." *Cox v. New Hampshire*, 312 U.S. 569, 577 (1941). The $294.00 fee covers the cost of providing a police escort to marchers who desire to walk in the street[2] and not on the sidewalk for free. In the present circumstance, the Court should not, and must not, require the taxpayers of the City of Richmond to forever pay for this march.

WHEREFORE, defendants Bryan R. Norwood, Captain Michael J. Shamus and Sergeant John R. Ward request the entry of Order granting them Summary Judgment in their favor and granting them such other relief as the Court deems appropriate.

Respectfully Submitted,

BRYAN R. NORWOOD,
CAPTAIN MICHAEL J. SHAMUS and
SERGEANT JOHN R. WARD

By Counsel

_____/s/_____
Brian K. Telfair, Esquire (VSB No. 40516)
Deputy City Attorney
City Hall, Suite 300
900 East Broad Street
Richmond, Virginia 23219
Telephone No. (804) 646-7940
Facsimile No. (804) 646-7939
*Counsel for the Defendants*

---

[2] As previously presented to this Court, Va. Code Ann. § 46.2-928 prevents pedestrians from using the center of roadway travel.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Rebecca K. Glenberg, Esquire
VSB No. 44099
Thomas O. Fitzpatrick, Esquire
VSB No. 80364
American Civil Liberties Union of Virginia Foundation, Inc.
530 E. Main Street, Suite 310
Richmond, Virginia 2 3219
Telephone: (804) 644-8080
Facsimile: (804) 649-2733
rglenberg@acluva.org
tfitzpatric@acluva.org
    *Counsel for the Plaintiff*

                                              /s/
                                      Brian K. Telfair, Esquire
                                      VSB No. 40516
                                      Deputy City Attorney
                                      Office of the City Attorney
                                      City Hall, Room 300
                                      900 East Broad Street
                                      Richmond, Virginia 23219
                                      Telephone: (804) 646-7953
                                      Facsimile: (804) 646-7939
                                      Brian.Telfair@richmondgov.com
                                          *Counsel for the Defendants*