# RICHMOND POLICE DEPARTMENT
## EMPLOYER AGREEMENT FOR EXTRA-DUTY POLICE SERVICES

**EMPLOYER:** _____   **AGENT:** _____

**EMPLOYER ADDRESS:** _____   **PHONE:** _____

It is agreed that the following conditions/stipulations will apply to all extra-duty employment of City of Richmond Police Department (RPD) employees in any and all law enforcement capacities.   ☐ - Multi (Ongoing) – Events   ☐ - Single Event _____

**REQUESTS**

1. All businesses, organizations or individuals requesting the services of extra-duty police officers must submit a request to the police department's Outside Employment Coordinator. This request *should* be made at least five (5) working days prior to the date of employment. In emergency situations this requirement may be waived. Extra-duty employment is voluntary for officers, therefore, manpower can not be guaranteed for all jobs.

2. All employers must also submit this executed "Employment Agreement (PD-119)" form before a request can be processed and any officers assigned.

**COMPENSATION**

3. The rate of pay for an Extra-duty Richmond Police officer is *$28.00 per hour*. First line supervisors will be paid at a rate of *$30.00 per hour*. Second line supervisors will be paid *$33.00 per hour*. Captains and above, working in that capacity, will be paid at a rate set by the Chief of Police.

4. Extra-duty requests that require specialized police equipment (i.e.-Police motorcycles, vehicles, horses, etc.) *must be made at least* five (5) working days prior to the date needed. RPD reserves the right to charge a special use fee to be set by the Chief of Police for *use of specialty items*.

5. The employer will be required to compensate officer(s) a minimum of four-(4) hour, even if the assignment is a shorter duration.

6. Jobs requiring 3 but less then 5 officers must pay one officer at a first line supervisor's rate. A job requiring 5 to 10 officers must have a first line supervisor. A job requiring 11 to 15 officers must have 2 first line supervisors. A job requiring 16 or more officers requires an additional second line supervisor in addition to the first line supervisors. Jobs over 20 officers will require one first line supervisor for every 7 police officers needed, *in addition to a second line supervisor for every 16 officers*. Jobs requiring two or more second level supervisors will require one Command level supervisor.

7. Employers will pay either by certified check or money order to the assigned individual officer(s) for Single Event Jobs. On-going jobs may arrange payroll compensation *through the outside Employment Coordinator. All returned checks will be assessed a $50.00 service fee*. If standard deductions are not withheld, the employer will follow all appropriate federal and state tax-reporting requirements.

8. If officers remain on assignment longer then originally contracted, employer will compensate each officer a full hour pay for any portion of an hour worked beyond 15 minutes.

9. *Required payment(s) must be delivered to the Outside Employment Coordinator at least 24 hours prior to the event.* Any exception must receive prior approval from the Outside Employment Coordinator. *Payments made after the time period designated in the contracted agreement will be assessed a penalty of $100.00 late fee per check. All first-time vendors must pay in-full via certified check or money order at least 24 hours prior to the event, lack of compliance will result in the cancellation of services.*

10. *Ongoing Jobs will be required to compensate the Job Coordinator 1 (one) hour weekly at the supervisor's rate for scheduling in addition to any* *hours worked.* When scheduling does not occur during a particular week, compensation will not be required to the Job Coordinator.

11. Officers must be paid time and one half for all city holidays and News Years Eve.

**CANCELLATION POLICY**

12. The employer must notify the department's Outside Employment Coordinator or the specific job coordinator of any cancellation of an extra-duty job twenty-four hours prior to the start of the assignment. Failure to provide this notification will require the employer to compensate officers who have been assigned the job the minimum of four hours pay. If an outdoor event is cancelled due to inclement weather *and such stipulation was outlined when officers applied for the assignment,* and the actual cancellation is at least three hours before the event, no compensation will be required. *On-going contracts must give 30 days written notice of cancellation of police contracted service.*

**LIABILITY**

13. Employee(s) will be covered by the city of Richmond Workman's Compensation Insurance only if performing a law enforcement related function at time of injury.

14. The employer will save harmless the city of Richmond from any and all claims or liabilities resulting from employment, and indemnify the City for any loss due to any injury of its employee.

**GENERAL POLICIES**

15. In matters requiring law enforcement actions, the employer will not interfere and/or attempt to influence decisions or actions made by extra-duty personnel. Extra-duty officers remain employees of the Richmond Police and are subject to all laws, all departmental policies and procedures and may be subject to emergency call-back.

16. No officers are permitted to work the *interior portions* of an "on-premises" licensed ABC establishment without prior approval.

17. Extra-duty officers will not enforce any rules and regulations set up by the employer that is not otherwise violations of the law.

18. The Richmond Police Department reserves all rights in the assignment of officers and coordinators. Special requests will be accepted but are not binding.

19. Special Extra-duty circumstances - (officers on employee's payroll, apartment resident arrangements, on-call payments, etc.) requires a "Memorandum of Understanding, MOU," attachment to this agreement.

20. Not withstanding yearly extra-duty pay rate adjustment, this agreement will continue in force unless canceled in writing by either party.

_____
**AGENT/EMPLOYER SIGNATURE**

_____
**OUTSIDE EMPLOYMENT COORDINATOR'S SIGNATURE**

_____   _____
**PRINT NAME OF EMPLOYER**   **DATE**

_____   _____
**PRINT NAME OF OUTSIDE EMPLOYMENT COORDINATOR**   **DATE**